*Robert L. Hirtle,* for the defendant (appellant).
No appearance for the plaintiff (appellee).

Argued May 6—decided May 6, 1975

STATE EX REL. COMMISSION FOR HIGHER EDUCATION
*v.* WETHERSFIELD SCHOOL OF LAW, INC.

The plaintiff's motion to dismiss the appeal filed March 14, 1975, from the Superior Court in Hart-

ford County is granted without prejudice to the defendant's proceeding pursuant to § 639 of the rules of practice.

*F. Michael Ahern,* assistant attorney general, for the appellee (state).

*Wesley W. Horton,* for the appellant (defendant).

Argued May 6—decided May 6, 1975